IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TERESA REICHARDT,

    Plaintiff

v.                                    Civil Action No. 4:15-cv-01143

MAXIM HEALTHCARE SERVICES, INC.,

    Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant by and through their undersigned counsel, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

3. A proposed order is attached.

    Respectfully submitted,

| | |
|---|---|
| *s/ Thomas H. Padgett, Jr.* _____ | *s/Michael P. Jones*_____ |
| **THOMAS H. PADGETT, JR.** | Stefanie R. Moll |
| Texas Bar No.: 2406421 | State Bar No. 24002870 |
| **ROSS LAW GROUP** | stefanie.moll@morganlewis.com |
| 1104 San Antonio Street | Fed. I.D. No. 22861 |
| Austin, Texas 78701 | Michael P. Jones |
| 512-474-7677 Telephone | State Bar No. 24072174 |
| 512-474-5306 Facsimile | Fed. I.D. No. 1091718 |
| tpadgett@rosslawgroup.com | michael.jones@morganlewis.com |
| **ATTORNEY FOR PLAINTIFF** | MORGAN, LEWIS & BOCKIUS, LLP |
| | 1000 Louisiana Street, Ste. 4000 |
| | Houston, TX 77002 |
| | 713-890-5000 Telephone |

713-890-5001 Facsimile **ATTORNEYS FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TERESA REICHARDT,

    Plaintiff

v.                                          Civil Action No. 4:15-cv-01143

MAXIM HEALTHCARE SERVICES, INC.,

    Defendant

## **ORDER OF DISMISSAL**

On this day, the Court considered the Parties' Stipulation of Dismissal with Prejudice. Having considered the pleading, it is therefore, ORDERED, ADJUDGED and DECREED, that this matter is dismissed with prejudice and each party shall be solely responsible for their own attorneys' fees and costs.

    SIGNED on _____, 2016 at Houston, Texas

_____
Vanessa D. Gilmore
United States District Judge